UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEONG-SUK NO,<br><br>        Plaintiff,<br><br>    -against-<br><br>BANK OF AMERICA,<br><br>        Defendant. | 19-CV-10523 (CM)<br><br>CIVIL JUDGMENT |

COLLEEN McMAHON, Chief United States District Judge:

  Pursuant to the order issued June 23, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: June 23, 2020
     New York, New York

                      _____
                      COLLEEN McMAHON
                    Chief United States District Judge